### DEWITT *vs.* PORTER.

*Twelfth Judicial District Court, June,* 1857.

ASSUMPSIT.

A complaint which avers indebtedness for money had and received, laid out and expended, &c., is sufficient. The facts need not be set forth.

This is a demurrer to a complaint which contains the common counts in assumpsit for money loaned or advanced. The defendant demurred under the sixth subdivision of section 40 of the Practice Act, and sought to have the complaint aver the facts out of which the cause of action arose.

*Waller & Osborne,* for plaintiff.

*Stanley & Hayes,* for defendant.

NORTON, J.—I shall hold the complaint in this action to be sufficient, as it conforms to the decisions of the Supreme Court of this State and New York. The facts need not be set out, the common counts on assumpsit are sufficient.

Demurrer overruled, with leave to answer in the usual time.